**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

In the Matter of:  Case No:
Electric Beverage Company, Inc.  97-06614-8-JRL
    Debtor  Chapter 11

### REPORT ON UNCLAIMED DIVIDENDS

    NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

    1.    Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Amerisure Companies<br>P.O. Box 55-442<br>Detroit, MI 48255 | $21.28 | 09/02/2008 |
| BDO Seidman LLP<br>1900 Charlotte Plaza<br>201 S. College Street<br>Charlotte, NC 28244 | $65.52 | 09/02/2008 |
| Brand Services<br>P.O. Box 101730<br>Atlanta, GA 30392 | $2.99 | 09/02/2008 |
| Cabo Distributing<br>9657 East Rush St.<br>South El Monte, CA 91733 | $15.98 | 09/02/2008 |
| Cadbury Beverages | $13.56 | 09/02/2008 |
| Capital Marketing Concepts | $3.03 | 09/02/2008 |

| | | |
|---|---|---|
| Central Reserve Life<br>P.O. Box 360860<br>Strongsville, OH 44136 | $3.02 | 09/02/2008 |
| Charleston Co. Bus. License<br>75 Calhoun Street, 3rd Floor<br>Charleston, SC 29401 | $3.32 | 09/02/2008 |
| Choice USA Beverage<br>P.O. Box 2669<br>Gastonia, NC 28053 | $31.35 | 09/02/2008 |
| CIT/RC Leasing<br>Drawer CS 198158<br>Atlanta, GA 30384 | $73.14 | 09/02/2008 |
| Clearly Canadian<br>1900-999 W Hastings St.<br>Vancoover, Canada V6C-2W2 | $40.77 | 09/02/2008 |
| Willis Corroon<br>P.O. Box 905614<br>Charlotte, NC 28290 | $3.57 | 09/02/2008 |
| D-R-ink Mor Beverage Inc.<br>2419 E Commercial Blvd., Ste 305<br>Fort Lauderdale, FL 33308 | $1,574.89 | 09/02/2008 |
| Digatex Inc. | $8.98 | 09/02/2008 |
| First Piedmont Financial<br>P.O. Box 610<br>Shelby, NC 28151 | $17.23 | 09/02/2008 |
| G Raden & Sons, Inc.<br>18289 Olympic Ave.<br>Seattle, WA 98188 | $14.37 | 09/02/2008 |
| Industrial Fleet Management<br>201 W Padonia Rd., Ste 201<br>Lutherville Timonium, MD 21093 | $15.28 | 09/02/2008 |

| | | |
|---|---|---|
| Industrial Truck Sales<br>P.O. Box 1807<br>Durham, NC 27702-1807 | $3.20 | 09/02/2008 |
| Mike's Truck Tire Service<br>4125 Lockwood Drive<br>Raleigh, NC 27609 | $3.13 | 09/02/2008 |
| Nantucket Allserve, Inc.<br>45 Dunster Street<br>Cambridge, MA 02138 | $31.76 | 09/02/2008 |
| Paul Flum Ideas<br>P.O. Box 60111<br>Saint Louis, MO 63160 | $11.73 | 09/02/2008 |
| Pearl Brewing<br>P.O. Box 1661<br>San Antonio, TX 78296 | $23.73 | 09/02/2008 |
| Royal Crown Bottling<br>P.O. Box 1146<br>Norfolk, VA 23517 | $25.81 | 09/02/2008 |
| Royal Crown Co.<br>709 Westchester Ave.<br>West Harrison, NY 10604 | $7.22 | 09/02/2008 |
| Ryder Truck Rental, Inc.<br>P.O. Box 1067<br>Charlotte, NC 28201 | $94.49 | 09/02/2008 |
| Southeastern Vending<br>27488-8 Interstate Street<br>Charlotte, NC 28208 | $15.60 | 09/02/2008 |
| Springer – Eubank Co. Inc.<br>P.O. Box 426<br>Wilmington, NC 28402 | $9.41 | 09/02/2008 |
| Stephens & Jones<br>7040 Wrightsville Ave, Ste 1<br>Wilmington, NC 28403 | $4.65 | 09/02/2008 |

| | | |
|---|---|---|
| Texaco<br>P.O. Box 31129<br>Tampa, FL 33531 | $14.12 | 09/02/2008 |
| Wertheimer Packaging<br>13 Office Park, Ste 23<br>Birmingham, AL 35223 | $4.15 | 09/02/2008 |
| WGNI-FM<br>1890 Dawson St.<br>Wilmington, NC 28403 | $3.33 | 09/02/2008 |
| WMNX-FM<br>1890 Dawson Street<br>Wilmington, NC 28403 | $4.84 | 09/02/2008 |

2.   The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

Dated: 3/11/10

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
Attorney for the Debtor
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 (facsimile)
N.C. State Bar #4221
